## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | No. 9 MM 2023 |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| CRAIG A. ALFORD | : | |
| | : | |
| | : | |
| PETITION OF: FREDERICK MARK CUTAIO, ESQUIRE | : | |
| | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 4th day of May, 2023, in consideration of the Petition to Withdraw as Counsel, this matter is REMANDED to the Court of Common Pleas of Monroe County to determine whether to permit Attorney Frederick Mark Cutaio to withdraw. In the event Attorney Cutaio is allowed to withdraw, the court shall resolve any related questions, including whether to appoint new counsel.

The Court of Common Pleas of Monroe County is DIRECTED to enter its order on remand within 90 days and to promptly notify this Court of its determination.